THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CYVA RESEARCH HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FILEOPEN SYSTEMS INC., <br><br> Defendant. | Civil Action No. 2:15-cv-1540 <br><br> JURY TRIAL DEMANDED |

## ORDER

In consideration of Plaintiff CYVA Research Holdings, LLC, filing of a Motion to Dismiss Without Prejudice (Dkt. No. 12) before an answer or motion for summary judgment has been filed by Defendant FileOpen Systems Inc., the Court hereby dismisses all claims in this action against Defendant FileOpen Systems Inc., WITHOUT prejudice in accordance with Fed. R. Civ. P. 41(a), with each party to bear their own costs, expenses, and attorney's fees.

**So ORDERED and SIGNED this 5th day of January, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE